# EXHIBIT E

# Levin-Epstein & Associates, P.C.

*Attorneys at Law*
60 East 42nd Street, Suite 4700
New York, NY 10165
Telephone: (212) 792-0046

---

**ACUERDO PARA PRESTAR SERVICIOS JURIDICOS**

July 8, 2024

*Via Email*
Sr. y Sra. Edgar y Ines Polo

Estimados Sr. y Sra. Edgar y Ines Polo:

Nos complace que haya elegido contratar los servicios de Levin-Epstein & Associates, P.C. De conformidad con la Parte 1215 de las Reglas Conjuntas de la División de Apelaciones, esta carta establecerá el alcance y los términos de la retención:

### I.         LAS PARTES

Edgar Polo y Ines Polo (juntos, los "Clientes") por el presente conserva a Levin-Epstein & Associates, P.C. para proporcionar servicios legales al Cliente en relación con una posible demanda que se presentará en el Tribunal de Distrito de los Estados Unidos alegando que el empleador del Cliente cometió, entre otras cosas, ciertas violaciones de la Ley de Normas Laborales Justas y la Ley Laboral de Nueva York.

### II.         AMBITO DE REPRESENTACION

La representación que ha buscado de esta oficina puede llevar mucho tiempo. A fin de brindarle una comprensión de lo que implica, la siguiente es nuestra mejor estimación de los pasos involucrados en la representación:

1. Investigar la disputa descrita anteriormente mediante la revisión de documentos, incluidos, entre otros, acuerdos contractuales y correspondencia personal;
2. Realizar investigaciones jurídicas relacionadas con las causas de acción que puedan promoverse y determinar la viabilidad de tales causas de acción;
3. Consultar con el Cliente sobre cuestiones relacionadas con la presentación de dicha acción; y
4. Presentar los documentos legales necesarios y procesar el caso en consecuencia.

Al igual que con cualquier estimación, los pasos descritos anteriormente pueden cambiar con el tiempo a medida que se desarrollan eventos de los que actualmente no somos conscientes o que no están bajo nuestro control.

1

### III. DERECHOS Y RESPONSABILIDADES DEL CLIENTE

Las Divisiones de Apelaciones del Estado de Nueva York han promulgado una Declaración de Derechos del Cliente, cuya copia se adjunta al presente.

### IV. ACUDERO DE CONTINGENCIA

El cliente acepta pagar a Levin-Epstein & Associates, P.C. una tarifa del 1/3 de cualquier recuperación, además de los gastos y costos de su bolsillo, ya sea que la recuperación sea por medio de una liquidación o de otro modo. Este acuerdo no cubre los honorarios de los abogados en caso de apelación. Los abogados no estarán obligados a prestar servicios en relación con una apelación sin compensación adicional.

Si no se realiza una recuperación de la reclamación en nombre del Cliente, no se adeudará ningún cargo a Levin-Epstein & Associates, P.C.

Levin-Epstein & Associates, PC puede como tribunal otorgar honorarios razonables a ser pagados por el demandado, pero no por el Cliente, a la tarifa de Joshua Levin-Epstein, Esq. $450, Jason Mizrahi $350 y asistentes legales $100.

La tarifa contingente, pagadera según lo establecido en la disposición de tarifas de este contrato, se basará en el monto total recuperado (bruto) sin incluir los costos incurridos en la tramitación de la reclamación, a menos que se acuerde por escrito alguna otra fórmula para calcular la reclamación. por Levin-Epstein & Associates, P.C. y Cliente.

El Cliente acepta que Levin-Epstein & Associates, P.C. tendrá un gravamen sobre todos los documentos, fondos o activos del Cliente bajo el control de Levin-Epstein & Associates, P.C. para el pago de todas las sumas adeudadas a Levin-Epstein & Associates, P.C. del Cliente bajo los términos de este acuerdo.

### V. GASTOS DE BOLSILLO

El Cliente reconoce que Levin-Epstein & Associates, P.C. incurrirá en diversos gastos en la prestación de servicios legales al Cliente. El Cliente acepta reembolsar a Levin-Epstein & Associates, P.C. para todos los gastos de bolsillo incurridos por Levin-Epstein & Associates, P.C., a la tasa vigente, o si se factura directamente al Cliente por estos gastos, para realizar pagos rápidos y directos a los emisores de las facturas. Dichos gastos incluyen, pero no se limitan a, tasas judiciales, cargos por presentación de documentos, servicios de mensajería, registro y certificación de documentos, costos de fotocopias e impresión, Lexis, Westlaw y otras bases de datos computarizadas, investigaciones, testigos, tiempo extra de asistencia administrativa, gastos de viaje y correo.

### VI.        SERVICIOS ADICIONALES

Este acuerdo solo cubre los servicios mencionados anteriormente. Levin-Epstein & Associates, PC no está obligado a tomar apelaciones o defenderse contra apelaciones. Levin-Epstein & Associates, PC acepta ayudar al Cliente a localizar y contratar a un abogado de apelación si fuera necesario. Los honorarios cobrados por el abogado de apelación serán pagados por el Cliente y, en caso de que el abogado de apelación acepte un honorario contingente o diferir el cobro de honorarios, estos honorarios del abogado de apelación se tratarán como gravámenes contra el expediente y no como gastos.

### VII.        RECONOCIMIENTO DE LA TRADUCCION

El Cliente confirma que este Acuerdo ha sido traducido al Cliente en el idioma nativo del Cliente, y que el Cliente comprende los términos de este Acuerdo y que el Cliente firma este Acuerdo voluntariamente.

### VIII.        CONCLUSION

Este acuerdo es un contrato vinculante. Como resultado, si alguna de la información en esta carta no es consistente con su comprensión de nuestro acuerdo, por favor Póngase en contacto conmigo antes de firmar este acuerdo. De lo contrario, firme el acuerdo y devuélvamelo.

En nombre de la firma, nos complace representarlo en este asunto. Si tiene alguna pregunta, no dude en llamar.

                                        Muy atentamente,


Joshua Levin-Epstein, Esq.

He leído esta carta y acepto los términos de este acuerdo.

**EDGAR POLO**

_____
Edgar Polo

**INES POLO**

_____
Ines Polo

Dated: 06-21-23

## DECLARACIÓN DE DERECHOS DEL CLIENTE

**1. Usted tiene derecho a ser tratado con cortesía y consideración en todo momento por su abogado y los demás abogados y el personal de su despacho.**

**2. Tiene derecho a un abogado capaz de manejar su asunto legal de manera competente y diligente, de acuerdo con los más altos estándares de la profesión. Si no está satisfecho con la forma en que se está manejando su asunto, tiene derecho a retirarse de la relación abogado-cliente en cualquier momento (es posible que se requiera la aprobación del tribunal en algunos asuntos y su abogado puede presentar un reclamo en su contra por el valor de servicios prestados a usted hasta el momento del alta).**

**3. Tiene derecho al juicio profesional independiente de su abogado y a su lealtad indivisa sin que se vea comprometida por conflictos de interés.**

**4. Tiene derecho a que se le cobre una tarifa razonable ya que su abogado le explique desde el principio cómo se calculará la tarifa y la forma y frecuencia de la facturación. Tiene derecho a solicitar y recibir una factura detallada por escrito de su abogado a intervalos razonables. Puede negarse a celebrar cualquier acuerdo de tarifas que considere insatisfactorio. En el caso de una disputa de honorarios, es posible que tenga derecho a buscar arbitraje; su abogado le proporcionará la información necesaria sobre el arbitraje en el caso de una disputa de honorarios, oa petición suya.**

**5. Tiene derecho a que se aborden sus preguntas e inquietudes de manera rápida y que le devuelvan sus llamadas telefónicas de inmediato.**

**6. Tiene derecho a que se le mantenga informado sobre el estado de su asunto ya solicitar y recibir copias de los documentos. Tiene derecho a recibir información suficiente que le permita participar de manera significativa en el desarrollo de su asunto.**

**7. Tiene derecho a que su abogado respete sus objetivos legítimos, incluso si debe o no resolver su asunto (en algunos casos se requiere la aprobación del tribunal para un acuerdo).**

**8. Tiene derecho a la privacidad en sus tratos con su abogado ya que se preserven sus secretos y su confianza en la medida permitida por la ley.**

**9. Tiene derecho a que su abogado se comporte éticamente de acuerdo con el Código de Responsabilidad Profesional.**

**10. No se le puede negar la representación por motivos de raza, credo, color, religión, sexo, orientación sexual, edad, origen nacional o discapacidad.**